**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Victor VEGA–SOTO, Defendant–**
**Appellant.**

**No. 12–50271.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 24, 2013.*

Filed Oct. 3, 2013.

Michelle Wasserman, Assistant U.S., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Johanna S. Schiavoni, Law Office of Johanna S. Schiavoni, San Diego, CA, for Defendant–Appellant.

Before: RAWLINSON, N.R. SMITH, and CHRISTEN, Circuit Judges.

MEMORANDUM **

Victor Vega–Soto appeals from the district court's judgment and challenges the 41–month sentence imposed following his guilty-plea conviction for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Vega–Soto contends that the district court procedurally erred by failing to respond to his non-frivolous arguments for a below-Guidelines sentence. Because Vega–Soto did not raise this procedural objection at sentencing, we review for plain error. *See United States v. Valencia–Barragan,* 608 F.3d 1103, 1108 (9th Cir.2010). The district court entertained Vega–Soto's mitigating arguments regarding the application of the Guidelines, as reflected in its decision to depart downward five levels, and adequately explained the sentence. *See United States v. Ayala–Nicanor,* 659 F.3d 744, 752–53 (9th Cir. 2011), *cert. denied,* —— U.S. ——, 132 S.Ct. 1941, 182 L.Ed.2d 797 (2012).

Vega–Soto contends that his sentence violates *Apprendi v. New Jersey,* 530 U.S.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), but acknowledges that *Almendarez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), remains binding precedent. *See United States v. Estrada–Eliverio,* 583 F.3d 669, 673 (9th Cir.2009).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.